# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Yardney Technical Products, Inc. ) ASBCA No. 59499
)
Under Contract No. N66604-07-C-0286 )

APPEARANCES FOR THE APPELLANT: Mr. Vincent A. Yevoli, Jr.
President/Chief Operating Officer
Mr. R.M. Scibelli
President/Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Richard C. Dale, II, Esq.
Trial Attorney
Naval Undersea Warfare Center
Newport, RI

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 January 2015

TIMOTHY P. McILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59499, Appeal of Yardney Technical Products, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals